No. 10–5314. ROBERTS *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–5315. RIVAS *v.* RYAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5316. RAMIREZ *v.* ALMAGER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5317. YOUNG *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 10–5318. WILLIAMS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–5320. JONES ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5321. ESPINAL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–5322. CASE *v.* DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–5323. MORENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5324. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5325. BOLDEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5326. MOORE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5327. MORALES *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–5331. BUZZELL ET UX *v.* TOWN COUNCIL OF THE TOWN OF KILMARNOCK, VIRGINIA, ET AL. Sup. Ct. Va. Certiorari denied.

No. 10–5332. NECHOVSKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5333. MEISTER *v.* SCOTT ET AL. C. A. 11th Cir. Certiorari denied.